IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MATTHEW WASHINGTON,

    Plaintiff,

v.

MS. WEST; DR. ROTH; and
DR. MOYENDA,

    Defendants.

CIVIL ACTION NO.: CV613-096

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal pursuant to FED. R. CIV. P. 41(a)(1). Service of the Complaint has not been effectuated, and Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Pursuant to FED. R. CIV. P. 41(a)(1), this case is **DISMISSED**, without prejudice. The Clerk is hereby authorized and directed to close this case.

**SO ORDERED**, this 24 day of Oct., 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA